Order entered October 9 , 2012



` In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00135-CV

## IN THE INTEREST OF B.A.J. AND K.S.J., CHILDREN

On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-07-03409

## ORDER

The Court has before it appellant's September 24, 2012 motion to extend time to file.

The Court **GRANTS** appellant's motion to extend time and **ORDERS** her to pay the court

reporter and filing fees by October 31, 2012.

MOLLY FRANCIS
JUSTICE